**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| **Frankie James Earwood** ) | |
| **SSN: ###-##-9016** ) | |
| **Sharon Michele Earwood** ) | **CASE NO.: 17-00430-TOM13** |
| **SSN: ###-##-9736** ) | |
| **Debtors.** ) | |

### TRUSTEE'S OBJECTION TO CLAIM

COMES NOW Bradford W. Caraway, Chapter 13 Standing Trustee, and hereby objects to the following claim filed:

| CLAIM NO. | CLAIMANT | AMOUNT |
|---|---|---|
| 004B | US BANK | $2,852.63 |

Basis for Objection

☐ Name of Debtor should be inserted.
☐ Debtor(s)' case number should be inserted.
☐ Form not signed by creditor/attorney/agent.
☒ Other: The amount of the amended claim is less than the amount already paid by the Trustee requests that this claim be allowed for the amount paid, or that the creditor refund the difference.

/s/ Bradford W. Caraway
Bradford W. Caraway
Chapter 13 Standing Trustee
P.O. Box 10848
Birmingham, AL 35202
(205) 323-4631

### CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing objection on the following by electronic service or U.S. Mail; postage prepaid and properly addressed on June 28, 2021.

Bond, Botes, Reese & Shinn, P.c.
Attorney for Debtor
ECFBIRMINGHAM@BONDNBOTES.COM

Frankie James Earwood
Debtor
1441 Amberley Woods Cove

Helena, Al 35080

Sharon Michele Earwood  
Joint Debtor  
1441 Amberley Woods Cove  
Helena, Al 35080

Sn Servicing Corporation  
US BANK, Creditor  
323 Fifth Street  
Eureka, Ca 95501

                                                          /s/ Bradford W. Caraway  
                                                          TRUSTEE